THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v ROBERT D. SMITH, Defendant. [955 NYS2d 896]

The defendant has not established his entitlement to the relief requested (*see People v Syville*, 15 NY3d 391 [2010]). Skelos, J.P., Hall, Roman and Cohen, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v PASQUALE VERRILLI, Defendant. [955 NYS2d 894]

The defendant has not established his entitlement to the relief requested (*see People v Syville*, 15 NY3d 391 [2010]). Angiolillo, J.P., Leventhal, Lott and Austin, JJ., concur.